AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISCOURT COURT

***** DISTRICT OF  NEVADA

ALQUANDRE H. TURNER,

    Petitioner,

v.

RENEE BAKER, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:17-cv-00151-HDM-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED with prejudice as successive.
    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

June 1, 2017                      **DEBRA K. KEMPI**
                                                         Clerk

                                                         /s/ K. Rusin
                                                         Deputy Clerk