UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALQUANDRE H. TURNER,

                         Petitioner,

    v.

RENEE BAKER, et al.,

                      Respondents.

Case No. 3:17-cv-00151-HDM-VPC

ORDER

    This is Alquandre H. Turner's 28 U.S.C. § 2254 habeas corpus petition. His counsel, Thomas L. Qualls, has filed a motion to withdraw because Qualls is taking a position of employment with the State of Nevada and is closing his law practice immediately (ECF No. 19). Good cause appearing, the motion is granted. Qualls is hereby permitted to withdraw as counsel for the petitioner, effective immediately. Substitute counsel will be appointed in a separate order.

    **IT IS THEREFORE ORDERED** that the motion to withdraw as counsel (ECF No. 19) is **GRANTED**.

DATED: 15 April 2021.

_Howard D. McKibben_

_____

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE