UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALQUANDRE H. TURNER, | Case No. 3:17-cv-00151-HDM-VPC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This is Alquandre H. Turner's 28 U.S.C. § 2254 habeas corpus petition. Turner has filed unopposed motions for extension of time to file an amended petition. Good cause appearing,

**IT IS ORDERED** that petitioner's second and third motions for extension of time to file an amended petition (ECF Nos. 34, 35) are both **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's fourth motion for extension of time to file an amended petition (ECF No. 36) is **GRANTED. The deadline to file an amended petition for writ of habeas corpus is extended to April 19, 2022**.

DATED: 6 April 2022.

_Howard D. McKibben_
_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE