1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9

ALQUANDRE H. TURNER,

Case No. 3:17-cv-00151-HDM-CLB

10

Petitioner,

**Order Granting Extension of Time to Answer to March 30, 2023**

11

v.

12

RENEE BAKER, et al.,

**(ECF No. 45)**

Respondents.

13
14

Respondents ask the court for an extension of time to file an answer to the

15

remaining claims in Alquandre H. Turner's 28 U.S.C. § 2254 habeas corpus petition.

16

(ECF No. 45.) Good cause appearing,

17

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file

18

an answer (ECF No. 45) is **GRANTED. The deadline to answer is extended to March**

19

**30, 2023**.

20
21
22

DATED: 4 January 2023.

23
24

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

25
26
27
28

1