UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALQUANDRE H. TURNER, | Case No. 3:17-cv-00151-HDM-CLB |
| Petitioner, | **Order Granting Extension of Time to Answer to May 30, 2023** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | **(ECF No. 47)** |

Respondents seek an extension of time to file an answer to the remaining claims in Alquandre H. Turner's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 47.) Good cause appearing,

**IT IS ORDERED** that respondents' second motion for extension of time to file an answer (ECF No. 47) is **GRANTED** *nunc pro tunc*. **The deadline to answer is extended to May 30, 2023**.

DATED: 31 March 2023.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1