UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALQUANDRE H. TURNER, | Case No. 3:17-cv-00151-HDM-CLB |
| Petitioner, | **Order Granting Extension of Time to Answer to August 4, 2023** |
| v. | |
| RENEE BAKER, *et al.*, | (ECF No. 52) |
| Respondents. | |

Respondents ask the court for an extension of time to file an answer to the remaining claims in Alquandre H. Turner's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 52.) Good cause appearing,

IT IS ORDERED that respondents' fourth motion for extension of time to file an answer **(ECF No. 52) is GRANTED** *nunc pro tunc*. **The deadline to answer is extended to August 4, 2023**.

DATED: 1 August 2023.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE