UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALQUANDRE H. TURNER,<br><br>Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00151-HDM-CLB<br><br>**Order Granting Extension of Time to Reply to Answer to November 17, 2023**<br><br>(ECF No. 55) |
|---|---|

Alquandre H. Turner asks the court for an extension to reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 55.) Good cause appearing,

IT IS ORDERED that petitioner's motion for extension of time to file a reply in support of his petition **(ECF No. 55) is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to November 17, 2023**.

DATED: 18 September 2023.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE