UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALQUANDRE H. TURNER,<br><br>                                Petitioner,<br><br>     v.<br><br>RENEE BAKER, *et al*.,<br><br>                                Respondents. | Case No. 3:17-cv-00151-HDM-CLB<br><br>**Order Granting Extension of Time to Reply to Answer to January 16, 2024**<br><br>(ECF No. 57) |

Alquandre H. Turner asks the court for an extension to reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 57.) Good cause appearing,

IT IS ORDERED that petitioner's second motion for extension of time to file a reply in support of his petition **(ECF No. 57) is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to January 16, 2024**.

DATED: 20 November 2023.

Howard D. McKibben
_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE