UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALQUANDRE H. TURNER,<br><br>  Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:17-cv-00151-HDM-CLB<br><br>**Order Granting Extension of Time to Reply to Answer to February 6, 2024**<br><br>(ECF No. 59) |

Alquandre H. Turner asks the court for an extension to reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 59.) Good cause appearing,

IT IS ORDERED that petitioner's third motion for extension of time to file a reply in support of his petition **(ECF No. 59) is GRANTED**. **The deadline to reply is extended to February 6, 2024**.

DATED: 16 January 2024.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE